UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>    Respondent. | No. 2:18-cv-2841 DB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. For the reasons set forth below petitioner will be directed to file an amended petition.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

Petitioner states that he seeks to attack a judgment of conviction in the Van Nuys Superior Court on January 22, 2014. (ECF No. 1 at 1.) However, in the body of the petition it appears that petitioner seeks to attack a prison rules violation report ("RVR") issued on April 29, 2015. (ECF No. 1 at 4.) Because it is unclear whether the petition is challenging the 2014 conviction or the 2015 RVR petitioner will be directed to file an amended complaint. In an amended complaint petitioner should clearly state which conviction he seeks to attack.

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 4) is granted;
2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend;
3. Petitioner shall file an amended petitioner within thirty days of service of this order. Any amended petition must bear the case number assigned to this action and the title "First Amended Petition." Failure to comply with this order will result in a recommendation that this action be dismissed.
4. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

Dated: May 14, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Habeas/will2841.101a