UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Petitioner,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>        Respondent. | No. 2:18-cv-2841 JAM DB P<br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 4, 2020 the undersigned issued findings and recommendations on respondent's motion to dismiss. (ECF No. 21.) On September 14, 2020 petitioner filed objections to the court's findings and recommendations. (ECF No. 28.) Because the objections contain information that was not before the court when the findings and recommendations were issued, the court will direct the respondent to file a response to petitioner's objections.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within forty-five days of the date of this order respondent shall file a response to petitioner's objections.

Dated:  September 18, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Habeas/will2841.obj.resp

2